UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKY BROWN, ET AL,

        Plaintiffs,

v                                 Case No. 11-CV-14790
                                  HON. MARK A. GOLDSMITH

ANDY COKLOW,

        Defendant.

_____/

## ORDER OF REMAND

This Court has reviewed the complaint in this matter, and there does not appear any basis for federal-court jurisdiction. Accordingly, this case is remanded to the 36th District Court of the State of Michigan.

SO ORDERED.

Dated: February 23, 2012                  s/Mark A. Goldsmith
       Flint, Michigan                       MARK A. GOLDSMITH
                                                 United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 23, 2012.

                                                   s/Deborah J. Goltz
                                                   DEBORAH J. GOLTZ
                                                   Case Manager